**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE INDIA GLOBALIZATION CAPITAL, INC. DERIVATIVE LITIGATION<br><br>Lead Case No. DKC 18-3698 | Hon. Deborah K. Chasanow |
| This Document Relates to: All Cases | |

**UNOPPOSED MOTION FOR PRELIMINARY**
**APPROVAL OF DERIVATIVE SETTLEMENT**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on such date and time as the Court orders, Plaintiffs Gene Erny, Wasseem Hamdan and Dimple Patel will appear through Counsel, at Greenbelt Division of U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770, before U.S. District Judge Deborah K. Chasanow, to move the Court for an order granting the Scheduling Order that preliminary approves the settlement set forth in the January 10, 2020 Settlement Agreement and Release ("Settlement Agreement"), filed herewith. The Settlement Agreement resolves the consolidated shareholder derivative action pending in the United States District Court for the District of Maryland entitled *In re India Gobalization Capital Inc. Derivative Litigation*, Lead Case No. DKC 18-3698. The Motion is based upon the Settlement Agreement, the accompanying memorandum of points and authorities in support thereof, and such additional evidence or argument as may be required by the Court.

Dated: February 13, 2020

**GOLDMAN & MINTON, P.C.**

By: ___/s/ *Thomas J. Minton*________
Thomas J. Minton – No. 03370
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
Facsimile: (410) 783-1711
Email: tminton@charmcitylegal.com

**MURPHY, FALCON & MURPHY**
Nikoletta S. Mendrinos (Bar No. 18961)
One South Street, 23rd Floor
Baltimore, Maryland 21202
Telephone: (410) 539-6500
Facsimile: (410) 539-6599
nikoletta.mendrinos@murphyfalcon.com

***Local Counsel***

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (pro hac vice)
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
E-mail: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (pro hac vice)
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

***Co-Lead Counsel for Plaintiffs Gene Erny and Wasseem Hamdan***

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858

Facsimile: (212) 214-0506
Email: passmore@bespc.com
Email: fortunato@bespc.com

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
101 Lindenwood Drive, Suite 225
Malvern, Pennsylvania 19355
Telephone: (484) 875-3116
Facsimile: (914) 752-3041
Email: mhynes@hh-lawfirm.com

***Counsel for Plaintiff Dimple Patel***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020 copies of the foregoing were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

*/s/ Thomas J. Minton*________
Thomas J. Minton